# Exhibit 2



1400 Independence Avenue, SW
Room 2055-S, STOP 0201
Washington, D.C. 20250-0201

March 7, 2025

Caryn Earl
*Director, Bureau of Food Assistance*
*Pennsylvania Department of Agriculture*
*2301 North Cameron St, Harrisburg, PA 17110*

**Subject: Termination Notice for Agreement No. AM25LFPA0000C013 for the project titled, Local Food Purchase Assistance 2025 Cooperative Agreement (LFPA25)**

Dear Recipient:

Pursuant to 2 CFR § 200.341 this letter serves as written notification that the subject agreement between the Agricultural Marketing Service (AMS) and Pennsylvania Department of Agriculture will be terminated 60 days from today's date in accordance with 2 CFR § 200.340(a)(4) and the terms and conditions of the award. AMS has determined this agreement no longer effectuates agency priorities and that termination of the award is appropriate.

LFPA and LFPA Plus agreements that were in place prior to LFPA 25 will continue to be in effect for the remainder of the period of performance. Reporting requirements will be reduced and communicated as such soon. AMS will resume processing claims for payment for LFPA and LFPA Plus for activities accruing prior to and after January 20, 2025.

If you have questions, contact your Program Contact or send your questions to LFPA@USDA.gov.


Sincerely,
*Jack Tuckwiller*
*Deputy Administrator*