UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GOVERNOR JOSH SHAPIRO, *et al.*,

    Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, *et al.*,

    Defendants.

No. 25-cv-998
Judge Joseph F. Saporito, Jr.

# NOTICE

Plaintiffs file this notice to alert the Court of two developments relevant to their pending Motion for a Preliminary Injunction, filed on June 26, 2025, and USDA's pending Motion to Dismiss, filed on July 28, 2025.

First, last week the United States District Court for the Western District of Washington granted the State of Washington's motion for a preliminary injunction requesting that a federal agency's termination of a cooperative agreement be enjoined. Relevant here, the court ruled that that "cooperative agreements, such as the Awards here, are not enforceable under the Tucker Act because they do not confer a direct and tangible benefit to the Government." *Washington v. Commerce*, No. 25-cv-1507 MJP, 2025 WL 2978822, at *5 (W.D. Wash. Oct. 22, 2025). Cooperative agreements, unlike something akin to a procurement contract, are "intended to be

used by government agencies to create a collaborative relationship with a state or local government 'to carry out a public purpose of support or stimulation authorized by a law of the United States instead of acquiring (by purchase, lease, or barter) property or services for the direct benefit or use of the United States Government.'" *Id.* (quoting 31 U.S.C. § 6303(1)). The LFPA25 Agreement, as the agreement in *Washington*, is a cooperative agreement not subject to the Tucker Act.

Second, USDA recently announced that it will not use available contingency funding during the federal government shutdown to provide SNAP benefits to the nearly 2 million Pennsylvanians (as well as SNAP recipients nationwide) who depend on them. Governor Shapiro, along with several other states, sued USDA today over that decision. *See* Complaint, *Massachusetts v. USDA*, No. 25-cv-13165 (D. Mass. Oct. 28, 2025). But unless and until plaintiffs there obtain relief, thousands of additional Pennsylvanians who lose SNAP benefits on November 1 will be seek alternative sources of food, including by turning to the very food banks that would have been funded through LFPA25. The impending loss of SNAP benefits makes the need for injunctive relief here even more urgent.

Plaintiffs therefore respectfully request that the Court act immediately on its Motion for a Preliminary Injunction and enjoin Defendants' decision to terminate the LFPA25 program.

| | |
|---|---|
| October 28, 2025 | Respectfully submitted, |
| John H. Howard (Pa. 84002)<br>Chief Counsel<br>Pennsylvania Department of Agriculture<br>2301 N. Cameron Street<br>Harrisburg, PA 17110 | Jennifer C. Selber<br>General Counsel<br><br>Michael J. Fischer (Pa. No. 322311)<br>Executive Deputy General Counsel<br><br>s/ *Jacob B. Boyer*<br>Jacob B. Boyer (Pa. No. 324396)<br>Stephen R. Kovatis (Pa. No. 209495)<br>Deputy General Counsel<br>Office of General Counsel<br>30 North Street, Suite 200<br>Harrisburg, PA 17101<br>jacobboyer@pa.gov<br>(717) 460-6786 |

*Counsel for Plaintiffs*

## CERTIFICATES

I certify that a copy of this notice has been served on all counsel of record using the Court's CM/ECF system.

/s/ *Jacob B. Boyer*
Jacob B. Boyer
