UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GOVERNOR JOSH SHAPIRO, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 1:25-cv-00998 |
| v. | (SAPORITO, J.) |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | |
| Defendants. | |

<u>ORDER</u>

AND NOW, this 3rd day of December, 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendants' motion to dismiss (Doc. 11) is **GRANTED**;

2. The plaintiffs' APA claims, set forth in Counts I, II, and III of the complaint, are **DISMISSED** for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1);

3. The plaintiffs' Fifth Amendment due process claim, set forth in Count IV of the complaint, is **DISMISSED** for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6);

4. The plaintiffs' motion for a preliminary injunction (Doc. 5) is **DENIED as moot**; and

- 2 -

5.  The clerk shall mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge

- 2 -