Case Number: 1:25-cv-00998-JFS Document Number: 24 User: KR Printed: 12/3/2025 3:52:13 PM

Jennifer C. Selber
Office of General Counsel
30 North Street, Suite 200
Harrisburg,PA 17101

OFFICE OF THE CLERK
ED STATES DISTRICT COURT
DLE DISTRICT OF PENNSYLVANIA
NEALON FEDERAL BLDG. & U.S. COURTHOUSE
35 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED
SCRANTON

DEC 2 9 2025

PER _____
DEPUTY CLERK

HARRISBURG PA 17

4 DEC 2025 PM 3

FIRST-CLASS

US POSTAGE ™ PITNEY BOW

ZIP 18501    $ 000.74
02 7W
0008028835 DEC. 03. 20

JSMS - M/F

X - RAYED

NIXIE      171   DE 1         0012/24/25
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 18501114848      *1519-00096-04-35

FILED
SCRANTON

DEC 2 9 2025

PER _____ DJ _____
DEPUTY CLERK

1