UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GOVERNOR JOSH SHAPIRO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | No. 25-cv-998 <br> Judge Joseph F. Saporito, Jr. |

**NOTICE OF APPEAL**

Plaintiffs hereby appeal the Court's December 3, 2025, Order, ECF No. 24, to the United States Court of Appeals for the Third Circuit.

| | |
|---|---|
| January 2, 2026 | Respectfully submitted, |
| | |
| John H. Howard (Pa. 84002)<br>Chief Counsel<br>Pennsylvania Department of Agriculture<br>2301 N. Cameron Street<br>Harrisburg, PA 17110 | Jennifer C. Selber<br>General Counsel<br><br>Michael J. Fischer (Pa. No. 322311)<br>Executive Deputy General Counsel<br><br>s/ *Jacob B. Boyer*<br>Jacob B. Boyer (Pa. No. 324396)<br>Stephen R. Kovatis (Pa. No. 209495)<br>Deputy General Counsel<br>Office of General Counsel<br>30 North Street, Suite 200<br>Harrisburg, PA 17101<br>jacobboyer@pa.gov<br>(717) 460-6786 |

*Counsel for Plaintiffs*

## CERTIFICATES

I certify that a copy of this notice has been served on all counsel of record using the Court's CM/ECF system.

/s/ *Jacob B. Boyer*
Jacob B. Boyer